1

2

3

4

5

6

7

8                             UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CHAD J. ROMINE,                              No.  2:15-cv-0401 GEB DAD PS

12                   Plaintiff,

13            v.                                    ORDER

14    BIG O TIRES CORPORATE
      HEADQUARTERS, et al.,
15

16                   Defendants.

17

18           Plaintiff, Chad Romine, is proceeding in this action pro se.  This matter was referred to the

19    undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  Plaintiff

20    commenced this action on February 20, 2015, by filing a complaint and paying the required filing

21    fee.

22           On March 27, 2015, defendants filed motions to dismiss pursuant to Federal Rule of Civil

23    Procedure 12(b) and noticed the motions for hearing before the undersigned.  (Dkt. Nos. 11 &

24    12.)  Those motions are scheduled to be heard on the court's May 15, 2015 calendar.  However,

25    on April 10, 2015, plaintiff filed a motion for leave to amend together with a proposed amended

26    complaint.[1]  (Dkt. No. 13.)

27    _____

28    [1]  On May 8, 2015, plaintiff filed a second proposed first amended complaint.  (Dkt. No. 19.)

                                                  1

A party is entitled to amend its pleading once as a matter of course within twenty-one days after service of either a responsive pleading or a motion under Rule 12(b), (e), or (f), whichever is earlier.  Fed. R. Civ. P. 15(a) (1)(B).

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's April 10, 2015 motion for leave to amend (Dkt. No. 13) is granted;

2.  The first amended complaint filed May 8, 2015, (Dkt. No. 19) shall become the operative pleading; and

3.  Defendants' March 27, 2015 motions to dismiss (Dkt. Nos. 11 & 12) are denied without prejudice to renewal and are dropped from the court's May 15, 2015 calendar.

Dated:  May 12, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
Ddad1\orders.pro se\romine0401.lta.ord.docx

2