UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAD J. ROMINE, | No. 2:15-cv-00401-GEB-KJN |
| Plaintiff, | |
| v. | **ORDER** |
| BIG O TIRES CORPORATE HEADQUARTERS, ET AL., | |
| Defendants. | |

       Plaintiff's motion filed on February 19, 2016, under Federal Rule of Civil Procedure 60, (ECF No. 50), is denied, because Plaintiff has not satisfied his burden of showing he is entitled to relief under that rule.

Dated:  February 22, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge

1